UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INAAM BASHI,

           Plaintiff,                        Case Number 09-12108

v.                                                        Honorable David M. Lawson
                                                          Magistrate Judge Donald A. Scheer

WELLS FARGO HOME MORTGAGE, INC.,
d/b/a AMERICA'S SERVICING COMPANY,
and GMAC MORTGAGE,

           Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DENYING THE PLAINTIFF'S
MOTION FOR TEMPORARY RESTRAINING ORDER**

     Presently before the Court is the report issued on September 22, 2009 by Magistrate Judge Donald A. Scheer pursuant to 28 U.S.C. § 636(b), recommending that this Court deny the plaintiff's motion for temporary restraining order. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The party's failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

     Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt # 25] is **ADOPTED**.

It is further **ORDERED** that the plaintiff's motion for temporary restraining order [dkt. # 22] is **DENIED**.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated:  October 15, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 15, 2009.

                                s/Lisa Ware
                                LISA WARE